UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

**FILED**

SEP 1 2 2008

CLERK

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| LANCE C. SWALLEY, | * | CIV 08-4044 |
| | * | |
| Petitioner, | * | |
| | * | |
| -vs- | * | ORDER |
| | * | |
| DOUGLAS L. WEBER, Warden, | * | |
| South Dakota State Penitentiary | * | |
| | * | |
| Respondent. | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

Petitioner, Lance C. Swalley, an inmate at the South Dakota State Penitentiary who is serving a four-year sentence of imprisonment for the crime of aggravated assault, has applied for a writ of habeas corpus under 28 U.S.C. § 2241, Doc. 1. Petitioner claims that under the Constitution, laws, and treaties of the United States, the State of South Dakota has no criminal jurisdiction over him, a Native American citizen. § 2241(c).

Petitioner's claims are without merit. It is well established that States have criminal jurisdiction over reservation Indians for crimes committed off the reservation. *Mescalero Apache Tribe v. Jones*, 411 U.S. 145, 148-49, 93 S.Ct. 1267, 36 L.Ed.2d 114 (1973). There is no allegation that the offense took place on an Indian reservation.

Accordingly, it is ORDERED that Petitioner's writ of habeas corpus pursuant to 28 U.S.C. § 2241, Doc. 1, is DENIED.

Dated this 12 day of September, 2008.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

BY: _____
(SEAL)        DEPUTY